Harry FOTOS, Appellant, v. UNITED STATES of America, Appellee.

No. 992.

Circuit Court of Appeals, Tenth Circuit.

Feb. 20, 1934.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

This cause was pending on appeal in this court on December 6, 1933.

On authority of United States v. Chambers et al., 54 S. Ct. 434, 78 L. Ed. ——, this cause is reversed and remanded, with instructions to dismiss with prejudice. The mandate will issue forthwith.

FULTON IRON WORKS, Appellant, v. FIRST NATIONAL BANK IN ST. LOUIS.

No. 9851.

Circuit Court of Appeals, Eighth Circuit.

Jan. 22, 1934.

R. Walston Chubb and Monroe Oppenheimer, both of St. Louis, Mo., for appellant.

Henry Davis, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of appellant, pursuant to stipulation of parties.

GOULDS, Inc., Ltd., Appellant, v. LEVY BROTHERS AND ADLER et al., Appellees.

No. 7269.

Circuit Court of Appeals, Ninth Circuit.

Jan. 23, 1934.

H. A. Goldman, of Los Angeles, Cal., for appellant.

Craig & Weller and Thomas S. Tobin, all of Los Angeles, Cal., for appellees Peters and others.

Gold, Quittner & Kearsley and Francis F. Quittner, all of Los Angeles, Cal., for appellees Levy Bros. & Adler and others.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and motions to dismiss appeal, and oral argument of counsel for respective parties, ordered judgment of District Court affirmed, that a judgment be filed and entered accordingly, and mandate issue within 30 days from date.